

# Case Assignment
## Standard Miscellaneous Assignment

Case number 3:20MC-51-DJH

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/10/2020 1:01:47 PM
Transaction ID: 39578

[Request New Judge]   [Return]